[No. 43258-3-I. Division One. August 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADY ALEX FOLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-10194-4, Charles W. Mertel, J., entered August 24, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Kennedy, JJ.

[No. 43343-1-I. Division One. August 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DEAN RUTT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00507-1, Ronald L. Castleberry, J., entered September 11, 1998. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Kennedy and Cox, JJ.

[No. 44636-3-I. Division One. August 7, 2000.]

DOUGLAS SWERLAND, ET AL., *Appellants*, v. PARAGON CAPITAL CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-15721-8, Carol A. Schapira, J., entered October 21, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Webster, J.

[No. 44272-4-I. Division One. August 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON GENE OLLIVIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-02775-2, Linda Lau, J., entered March 16, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Kennedy, JJ.